**Dismiss and Opinion Filed April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00019-CR

## SAMANTHA CIPRIANO, APPELLANT

## V.

## THE STATE OF TEXAS, APPELLEE

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-63894-S**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

130019F.U05